UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY ROWE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED NETWORK FOR ORGAN SHARING; UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | Case No. 2:24-cv-05022-MEMF (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER [DKT. NO 104]**<br><br>Ctrm.: 8B – 8th Floor<br>Judge: Maame Ewusi-Mensah Frimpong |

**ORDER**

Upon consideration of the Joint Stipulation to Amend Scheduling Order ("Stipulation"), filed by Plaintiff Gregory Rowe and Defendants University of Southern California and United Network for Organ Sharing (the "Parties"), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is GRANTED; and
2. The dates set forth in the Scheduling Order are continued as set forth below:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Deadline for Class Notice to be Mailed to Putative Plaintiffs | Held in Abeyance Pending Resolution of Class Certification | Held in Abeyance Pending Resolution of Class Certification |
| Opt-In*** Period Cutoff | Held in Abeyance Pending Resolution of Class Certification | Amend to an Opt-Out deadline |
| Fact Discovery Cutoff | July 7, 2026 | August 10, 2026 |
| Expert Disclosure (Initial) | June 18, 2026 | September 9, 2026 |
| Expert Disclosure (Rebuttal) | July 20, 2026 | November 2, 2026 |
| Expert Discovery Cutoff | August 10, 2026 | December 3, 2026 |
| Last Date to Hear Motions*** | October 1, 2026 | May 26, 2027 |
| Deadline to Complete Private Mediation | October 12, 2026 | June 28, 2027 |

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| | | |
| Trial Filings (First Round) | November 23, 2026 | July 21, 2027 |
| Trial Filings (Second Round) | December 7, 2026 | August 18, 2027 |
| Final Pretrial Conference | December 23, 2026 | September 1, 2027 |
| Trial | January 11, 2027 | September 20, 2027 |

**IT IS SO ORDERED.**

Dated: July ___, 2026

______________________________________
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge