Ekwan E. Rhow - State Bar No. 174604
erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
tyoo@birdmarella.com
Grace W. Kang - State Bar No. 271260
gkang@birdmarella.com
Heejin H. Hwang - State Bar No. 349455
hhwang@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant University of Southern California

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

GREGORY ROWE,

Plaintiff,

vs.

UNITED NETWORK FOR ORGAN SHARING; UNIVERSITY OF SOUTHERN CALIFORNIA,

Defendants.

CASE NO. 2:24-cv-05022-MEMF (MBKx)

**JOINT STIPULATION REGARDING DISCOVERY**

Ctrm.: 8B – 8th Floor
Judge: Hon. Maame Ewusi-Mensah Frimpong

Plaintiff Gregory Rowe ("Plaintiff") and Defendant University of Southern California ("USC"), by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 5, 2026, USC served a Second Set of Discovery Requests ("Discovery Requests") upon Plaintiff;

WHEREAS, on June 26, 2026, Plaintiff's counsel requested a two-week extension of time to respond to USC's Discovery Requests and USC's counsel agreed;

WHEREAS, on July 20, 2026, Plaintiff served responses to USC's Discovery Requests;

WHEREAS, on July 24, 2026, counsel for Plaintiff and USC held a meet and confer video conference regarding Plaintiff's discovery responses, in accordance with Local Rule 37-1;

WHEREAS, Plaintiff's counsel represented that Plaintiff would produce documents responsive to USC's Requests for Production of Documents, Set Two prior to the fact discovery cutoff deadline;

WHEREAS, the fact discovery cutoff deadline, by stipulation, is August 10, 2026;

WHEREAS, the parties have been diligently working in good faith to resolve discovery issues and to move the case forward;

WHEREAS, good cause exists for the requested extension because the parties have diligently and in good met and conferred regarding Plaintiff's discovery responses, Plaintiff has agreed to produce documents in advance of the fact discovery cutoff, and the brief extension will permit the parties to narrow or resolve any remaining disputes without motion practice;

WHEREAS, the requested extension will not affect any other deadlines or the trial date in this action;

WHEREAS, the parties have agreed that discovery disputes regarding Plaintiff's responses to USC's Requests for Production of Documents, Set Two may

be submitted to the Court after the August 10, 2026 fact discovery cutoff deadline;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The deadline to submit discovery disputes regarding Plaintiff's responses to USC's Requests for Production of Documents, Set Two is extended to thirty days after the Court's order granting this Stipulation.

2. All other deadlines remain the same.

IT IS SO STIPULATED.

DATED: July 30, 2026

WATSTEIN TEREPKA LLP
Matthew L. Venezia
George B. A. Laiolo
Daniel A. Contreras

By: */s/ Daniel A. Contreras*
Daniel A. Contreras
Attorneys for Plaintiff Gregory Rowe

DATED: July 30, 2026

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
Ekwan E. Rhow
Timothy B. Yoo
Grace W. Kang
Heejin H. Hwang

By: */s/ Grace W. Kang*
Grace W. Kang
Attorneys for Defendant University of Southern California

DATED: July 30, 2026

WINSTON TAYLOR LLP
Daniel M. Blouin
Thomas G. Weber
Shawn R. Obi

By: *\/s\/ Daniel M. Blouin*
Daniel M. Blouin
Attorneys for Defendant United Network for Organ Sharing

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Grace W. Kang, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: July 30, 2026

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP

By: *\/s/ Grace W. Kang*
Grace W. Kang
Attorneys for Defendant University of Southern California