**WATSTEIN TEREPKA LLP**
Matthew L. Venezia (State Bar No. 313812)
mvenezia@wtlaw.com
George Laiolo (State Bar No. 329850)
glaiolo@wtlaw.com
Daniel A. Contreras (State Bar No. 329632)
dcontreras@wtlaw.com
999 N. Pacific Coast Highway, Suite 525
El Segundo, CA 90245
Telephone: (213) 753-1337
Facsimile: (404) 537-1650

Attorneys for Plaintiff
GREGORY ROWE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GREGORY ROWE,

Plaintiff,

vs.

UNITED NETWORK FOR ORGAN SHARING; UNIVERSITY OF SOUTHERN CALIFORNIA,

Defendants.

Case No. 2:24-cv-05022-MEMF (MBKx)

**NOTICE OF WITHDRAWAL OF PLAINTIFF GREGORY ROWE'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER LIMITING THE SECOND DEPOSITION OF DR. STEVEN WEISBORD**

Date: December 2, 2026
Ctrm.: 550
Judge: Hon. Michael Kaufman

FPTC Date: December 23, 2026
Trial Date: January 11, 2027

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Gregory Rowe ("Plaintiff") hereby withdraws his Notice of Motion and Motion for Protective Order Limiting the Second Deposition of Dr. Steven Weisbord (ECF No. 158), filed on November 3, 2026, together with the supporting Memorandum of Points and Authorities, the Declaration of Daniel A. Contreras, and the exhibits thereto. The motion was noticed for hearing on December 2, 2026, at 10:00 a.m., before Magistrate Judge Michael Kaufman in Courtroom 550.

Plaintiff respectfully requests that the motion and the December 2, 2026 hearing be taken off calendar.

Dated: November 18, 2026

WATSTEIN TEREPKA LLP
Matthew L. Venezia
George Laiolo
Daniel A. Contreras

By: *s/Daniel A. Contreras*
Daniel A. Contreras
Attorneys for Plaintiff Gregory Rowe